# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUFOLAJIMI ABEGUNDE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:25-cv-00562-BAM (PC)<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 8) |

Plaintiff Olufolajimi Abegunde ("Plaintiff") is a former federal prisoner proceeding *pro se* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b).

On May 27, 2025, Plaintiff filed a motion to proceed *in forma pauperis* by a non-prisoner. (ECF No. 8.) Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 8), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 28, 2025**               /s/ Barbara A. McAuliffe             
                                        UNITED STATES MAGISTRATE JUDGE