# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLULFOLAJIMI ABEGUNDE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:25-cv-00562-BAM (PC)<br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT<br>(ECF No. 14) |

Plaintiff Olufolajimi Abegunde ("Plaintiff") is a former federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b). On January 15, 2026, the Court screened the signed complaint and granted Plaintiff leave to amend. (ECF No. 13.)

On January 28, 2026, Plaintiff filed a motion for reconsideration by the district court of the January 15, 2026 screening order. (ECF No. 14.) Plaintiff requested that the district court reconsider, overrule and vacate the screening order, and allow the complaint to proceed. Plaintiff argued that the screening order failed to consider or address the law enforcement proviso, which extended the wavier of sovereign immunity to false imprisonment claims against investigative or of law enforcement officers such as BOP officials. (*Id.*)

On September 18, 2026, the Court issued an amended screening order and granted Plaintiff leave to file a first amended complaint. (ECF No. 15.) In light of the Court's issuance

of an amended screening order, Plaintiff's motion seeking reconsideration of the Court's January 15, 2026 screening order is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **September 23, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE